Hoffmann Innovations, Inc. d/b/a DIYAutoTune.com
3690D Burnette Park Drive
Suwanee, GA 30024

Scott D Clark
34507 Elmtree Road
Carson, IA 51525

Direct Deposit

| Employee Pay Stub | | Check number: DD1476 | | | Pay Period: 02/04/2016 - 02/17/2016 | Pay Date: 02/19/2016 |
|---|---|---|---|---|---|---|

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Scott D Clark, 34507 Elmtree Road, Carson, IA 51525 | | | | | ***-**-1199 | Single/Single | Fed-2/0/IA-1 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 3,365.38 | 13,461.52 |

| Direct Deposit | Amount |
|---|---|
| Checking - ********3556 | 2,345.93 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -579.00 | -2,316.00 |
| Social Security Employee | -208.65 | -834.61 |
| Medicare Employee | -48.80 | -195.19 |
| IA - Withholding | -183.00 | -732.00 |
|  | -1,019.45 | -4,077.80 |

Memo
Direct Deposit

| Net Pay | 2,345.93 | 9,383.72 |
|---|---|---|

Hoffmann Innovations, Inc. d/b/a DIYAutoTune.com, 3690D Burnette Park Drive, Suwanee, GA 30024, HOFFMAN INNOVATIONS INC

Powered by **Intuit Payroll**

Hoffmann Innovations, Inc. d/b/a DIYAutoTune.com
3690D Burnette Park Drive
Suwanee, GA 30024

Scott D Clark
34507 Elmtree Road
Carson, IA 51525

Direct Deposit

| Employee Pay Stub | Check number: DD1458 | Pay Period: 01/21/2016 - 02/03/2016 | Pay Date: 02/05/2016 |
|---|---|---|---|
| **Employee** | | **SSN** — **Status (Fed/State)** | **Allowances/Extra** |
| Scott D Clark, 34507 Elmtree Road, Carson, IA 51525 | | ***-**-1199   Single/Single | Fed-2/0/IA-1 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| Salary | | | 3,365.38 | 10,096.14 | Checking - ********3556 | 2,345.94 |
| **Taxes** | | | **Current** | **YTD Amount** | **Memo** | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | Direct Deposit | |
| Federal Withholding | | | -579.00 | -1,737.00 | | |
| Social Security Employee | | | -208.65 | -625.96 | | |
| Medicare Employee | | | -48.79 | -146.39 | | |
| IA - Withholding | | | -183.00 | -549.00 | | |
| | | | -1,019.44 | -3,058.35 | | |
| **Net Pay** | | | **2,345.94** | **7,037.79** | | |

Hoffmann Innovations, Inc.  d/b/a DIYAutoTune.com
3690D Burnette Park Drive
Suwanee, GA 30024

Scott D Clark
34507 Elmtree Road
Carson, IA 51525

Direct Deposit

| **Employee Pay Stub** | | | Check number: DD1440 | | **Pay Period:** 01/07/2016 - 01/20/2016 | | **Pay Date:** 01/22/2016 |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | | SSN | Status (Fed/State) | Allowances/Extra |
| Scott D Clark, 34507 Elmtree Road, Carson, IA 51525 | | | | | ***-**-1199 | Single/Single | Fed-2/0/IA-1 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| Salary | | | 3,365.38 | 6,730.76 | Checking - ********3556 | 2,345.92 |

| Taxes | Current | YTD Amount | Memo |
|---|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 | Direct Deposit |
| Federal Withholding | -579.00 | -1,158.00 | |
| Social Security Employee | -208.66 | -417.31 | |
| Medicare Employee | -48.80 | -97.60 | |
| IA - Withholding | -183.00 | -366.00 | |
| | -1,019.46 | -2,038.91 | |
| **Net Pay** | **2,345.92** | **4,691.85** | |

Hoffmann Innovations, Inc. d/b/a DIYAutoTune.com
3690D Burnette Park Drive
Suwanee, GA 30024

Scott D Clark
34507 Elmtree Road
Carson, IA 51525

Direct Deposit

| Employee Pay Stub | Check number: DD1422 | Pay Period: 12/24/2015 - 01/06/2016 | Pay Date: 01/08/2016 |
|---|---|---|---|
| **Employee** | | SSN / Status (Fed/State) | Allowances/Extra |
| Scott D Clark, 34507 Elmtree Road, Carson, IA 51525 | | ***-**-1199 Single/Single | Fed-2/0/IA-1 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 3,365.38 | 3,365.38 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -579.00 | -579.00 |
| Social Security Employee | -208.65 | -208.65 |
| Medicare Employee | -48.80 | -48.80 |
| IA - Withholding | -183.00 | -183.00 |
| | -1,019.45 | -1,019.45 |

| Direct Deposit | Amount |
|---|---|
| Checking - ********3556 | 2,345.93 |

**Memo**
Direct Deposit

**Net Pay**  2,345.93  2,345.93