```
            UNITED STATES BANKRUPTCY COURT
              SOUTHERN DISTRICT OF IOWA
```

IN THE MATTER OF:                             Case No. 16-00490
                                                 (Chapter 13)
SCOTT D. CLARK,
                                              **CHAPTER 13 PLAN**

    Debtor.

**PAYMENTS**
The Debtor submits to the Standing Chapter 13 Trustee all projected disposable income to be received within the first 5 years of the plan as follows:

    A. Monthly Payment              $706.00
    B. Number of Payments              60
    C. Base Amount (A X B):        $42,360.00

Debtor will submit net tax refunds, if any, for the remainder of the Plan's duration.

**ORDER OF PAYMENT OF CLAIMS**
Trustee fees shall be deducted from each payment made by the debtor to the Trustee. Claims shall be paid in the following order: Debtor's attorney fees, secured claims, priority claims, co-signed consumer debts, general unsecured claims. Claims within each class shall be paid prorata.

**TREATMENT OF CLAIMS**

**ADMINISTRATIVE AND PRIORITY CLAIMS**
All claims entitled to priority under 11 U.S.C. 507 shall be paid in full in deferred cash payments unless the holder of a particular claim agrees to a different treatment of such claim. 11 U.S.C. 1322(a)(2). It is further provided that any and all pre-petition penalties, and post-petition penalties and interest, which have attached or will be attached to any such claim, shall be treated as a general unsecured claim and not entitled to priority. Such claims are as follows.
Trustee fees shall be deducted from each payment made by the Debtor to the Trustee.

The Debtor's Attorney will apply separately for Court approval of fees, and any approval thereof will be the subject of a separate order.

| Priority Taxes: | Federal: | State: | Total |
|---|---|---|---|
| | $0.00 | $0.00 | $0.00 |

**SECURED CLAIMS**

**Home Mortgage**

Creditor: **Ditech Financial LLC**
Property: Homestead
Claim: $139.718.00
Fair Market Value: $160,000.00

| Estimated Arrearage | Post-confirmation Interest Rate | Pre-confirmation Interest Rate | Dollar limit if any on pre-Confirmed Interest | Total Amount: |
|---|---|---|---|---|
| $28,000.00 | 7.50 | | | $34,316.52 |

Any arrearage shall be paid through the Plan, and the Debtor will pay the regular monthly mortgage payments directly to the mortgage holder.

**Other Secured Debts** – NONE

**Co-signed Unsecured Debts** – NONE

**Lien Avoidance** – NONE

**Surrender of Property** – NONE

**Executory Contracts** – NONE

**Unsecured Claims**
Other allowed unsecured claims shall be paid prorata with all remaining funds.

**Additional Provisions**

The Debtor asserts that this Plan is submitted in good faith and reserves the right to submit amended plans. **Plans can also be modified, pursuant to Bankruptcy Code § 1305(a), to satisfy post petition priority tax claims, in the event of post petition claims, debtors authorize the Trustee to pay on these claims if there is sufficient funding in this chapter 13 plan.** The holder of an allowed secured claim shall retain its lien until the earlier of the payment of the underlying debt determined under non bankruptcy law or discharge under §1328.

If the case is dismissed or converted without completion of the plan, such lien shall also be retained by such holder to the extent recognized by applicable non bankruptcy law.

Property of the estate, including the Debtor's current and future income, shall revest in the Debtor at the time of confirmation, and the Debtor has sole right to use and possession of property of the estate during the pendency of this case.

In order to obtain distributions under the plan, a creditor must file a proof of claim within 90 days after the first date set for Meeting of Creditors. Claims filed after this bar date shall be disallowed except as provided in Bankruptcy Rule 3002.

Dated: March 29, 2016          Scott D. Clark,
                               Debtor.

                        By:  /s/ Wesley H. Bain, Jr.
                             Wesley H. Bain, Jr.
                             POLLAK, HICKS, & ALHEJAJ
                             Attorneys at Law
                             Burt Street Professional
                             11717 Burt Street, Suite 106
                             Omaha, NE  68154
                             (402) 345-1717

PROOF OF SERVICE

The undersigned hereby certifies that on March 29, 2016, a true and correct copy of the CHAPTER 13 PLAN, was electronically filed with the Clerk of the Court, utilizing the CM/ECF system, which sent notice to Albert Warford, the Chapter 13 Trustee, and James Snyder, the US Trustee; and mailed same by First-Class U.S. mail, postage prepaid, to all parties of interest on the attached matrix and the debtor.

                        /s/ Wesley H. Bain, Jr.
                        Wesley H. Bain, Jr.

Clark, Scott - 16-00490

Iowa Department of Revenue
P.O. Box 10465
Des Moines, IA 50306-0465

.

Ditech Financial Llc
Po Box 6172
Rapid City, SD 57709