UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA

IN THE MATTER OF:                              Case No. 16-00490
                                                   (Chapter 13)
SCOTT D. CLARK,

    Debtor.

**OBJECTION TO MOTION FOR RELIEF FROM STAY**

   COMES NOW the Debtor herein, by and through his attorney of record, and hereby object to the Motion for Relief from Automatic Stay filed by Wells Fargo Bank. In support of his objection, Debtor states and alleges as follows:

   1. Wells Fargo holds the mortgage on Debtor's principal residence, which is their homestead.

   2. Debtor has equity in his homestead and said property is essential to his effective reorganization and financial stability.

   3. Wells Fargo is adequately protected by plan terms resuming regular mortgage payments and for providing for the cure of the pre-petition default.

   4. Debtor is committed to preserving his homestead and seeks to institute negotiations with Wells Fargo to resolve this matter.

   WHEREFORE, Debtor prays that this Court deny Wells Fargo's Motion for Relief from Automatic Stay and for such other and further relief as the Court deems just and equitable.

                                   Scott Clark,
                                   Debtor.

                         By:   */s/ Wesley H. Bain, Jr.*
                               Wesley H. Bain, Jr.
                               POLLAK, HICKS & ALHEJAJ
                               Attorneys at Law
                               Burt Street Professional Bldg
                               11717 Burt Street, Suite 106
                               Omaha, NE  68154
                               (402) 345-1717
                               Attorneys for Debtor

PROOF OF SERVICE

    The undersigned hereby certifies that on June 29, 2016 a true and correct copy of the OBJECTION TO MOTION FOR RELIEF FROM STAY was electronically filed with the Clerk of the Court, utilizing the CM/ECF system, which sent notice to Carol F. Dunbar, the Chapter 13 Trustee, and James Snyder, the US Trustee; and that same was mailed by First-Class U.S. mail, postage prepaid, to creditor's counsel and the debtors at their respective addresses of record.

Mark Walz
Davis, Brown, Koehn, Shors & Roberts, P.C.
4201 Westown Parkway, Suite 300
West Des Moines, Iowa 50266

Scott Clark
34507 Elmtree Road
Carson, IA 51525

                                          */s/ Wesley H. Bain, Jr.*
                                          Wesley H. Bain, Jr.