IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. BK 16-00490 |
| SCOTT DAVID CLARK, | ) | CHAPTER 13 |
| | ) | |
| | ) | |
| DEBTOR. | ) | |

### Chapter 13 Fee Application

(1)　　Applicant Wesley H. Bain, Jr., was retained by the debtor with leave of this Court to serve in this bankruptcy case as counsel for the debtor. Applicant hereby requests this Court to approve compensation and reimbursement of expenses pursuant to 11 U.S.C. Sections 329 and 330, as follows:

| | | |
|---|---|---|
| (a) | Total Fees Requested: | $2,716.25 |
| (b) | Total Expenses to be Reimbursed: | $    20.43 |
| (c) | Amount already received per Rule 2016: | $  150.00 |
| | Total Administrative Priority Claim to be Paid Through Plan by Trustee (a + b – c) | $2,586.68 |

(2)　　A detailed statement of time expended and charges for out-of-pocket expenses is set forth and attached hereto as Exhibit "A".

(3)　　The source of any compensation previously paid to Applicant was from normal earnings and wages, unless otherwise declared on the Rule 2016 Disclosure Statement.

(4)　　Applicant has not shared or agreed to share any compensation received in connection with this case with any person or entity other than a member or regular associate of Applicant's law firm, as permitted by 11 U.S.C. Section 504.

Dated:  7/11/2016

*/s/ Wesley H. Bain, Jr.*
Wesley H. Bain, Jr.
POLLAK, HICKS, & ALHEJAJ
Burt Street Professional Building
11717 Burt Street, Suite 106
Omaha, NE  68154
(402) 345-1717
Attorneys for Debtor

1

## COST ADVANCE

Photocopies: 81 @ .20          = $     16.20
Postage:        9 X.$.47        = $      4.23
Total Cost Advance:               $    $20.43

Total Fees Sought:             $2,716.25
Less Retainer Received         $   150.00

FEES THROUGH PLAN                 $     2,566.25
COST THROUGH PLAN                 $        20.43

TOTAL ADMINSTRATIVE PRIORITY CLAIM TO BE PAID
THROUGH PLAN TOWESLEY H. BAIN, JR. BY CHAPTER
13 TRUSTEE=                        $ 2,586.68


Photocopy Petition: 53 pages X .20 = $10.60
Photocopy of Chapter 13 Plan: 2 creditors X 3 pages X.20 = $1.20
Photocopy of Objection to MFRS: 2 pages X 2 copies X .20 = $.80
Photocopy of Fee App: 3 copies X 4 pages X .20 = $2.40
Photocopy of correspondence to clients, file and recipient
6 pages X .20 =$1.20
Postage for Chapter 13 Plan: 2 creditors X $.47 =$.94
Postage for Fee App: 3  X .47 = $1.41
Postage for Letters/ Pleadings :4  X $.47= $.1.88

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. BK 16-00490 |
| SCOTT DAVID CLARK, | ) | CHAPTER 13 |
| | ) | |
| | ) | |
| DEBTOR. | ) | |

### Certificate of Service

The undersigned hereby certifies that the foregoing Fee Application together with the attached Detailed Statement of Time Expended and Charges Incurred was served upon all parties in interest by filing same electronically with the Clerk of the U.S. Bankruptcy Court for the Southern District of Iowa utilizing its CM/ECF system, and by mailing true and accurate copies on the 11th day of July, 2016 by regular, first-class United States mail, postage prepaid, to all parties on the attached matrix and the Debtor.


*/s/ Wesley H. Bain, Jr.*
Wesley H. Bain, Jr.

Date: 07/11/2016

Detail Transaction File List

POLLAK, HICKS & ALHEJAJ, P.C.

| | Trans Date | Tmkr | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|
| **Client ID 20160053.00 Clark/Scott D.** | | | | | | |
| | 02/26/2016 | 6 | 250.00 | | 150.00 | BK-13 (Iowa) - |
| | 02/26/2016 | 6 | 250.00 | 1.00 | 250.00 | Initial consultation w/ client; confer re assets, debts, income, expenses, goals & financial history.  Explain bankruptcy & non-bk options & respective ramifications and consequences. |
| | 03/02/2016 | 6 | 250.00 | 0.10 | 25.00 | Received, reviewed, and responded to email of debtor re: status of file. |
| | 03/03/2016 | 6 | 250.00 | 0.10 | 25.00 | Email to debtor re: tax return and credit counseling |
| | 03/03/2016 | 6 | 250.00 | 0.10 | 25.00 | Email to debtor re: logging into tax authority site. |
| | 03/05/2016 | 6 | 250.00 | 0.10 | 25.00 | Received and reviewed email from debtor re: requested information for appointment |
| | 03/07/2016 | 6 | 250.00 | 0.10 | 25.00 | Email to debtor re: signing appointment and Hamp response. |
| | 03/12/2016 | 6 | 250.00 | 0.10 | 25.00 | Email to debtor: Reminder for 2015 taxes. |
| | 03/15/2016 | 7 | 75.00 | 0.10 | 7.50 | Email to CH 13 Trustee - taxes |
| | 03/15/2016 | 6 | 250.00 | 0.10 | 25.00 | Received Notice of 341 Meeting Calendar Date |
| | 03/15/2016 | 6 | 250.00 | 0.10 | 25.00 | Notice of 341 to debtor. |
| | 03/15/2016 | 6 | 250.00 | 0.10 | 25.00 | Received email from debtor confirming 341 Date |
| | 03/15/2016 | 6 | 250.00 | 4.00 | 1,000.00 | Prepare petition, schedules, statement of financial affairs, matrix etc.  Review these documents w/ client.  Answer client questions.  Update info as appropriate.  Supervise client signatures |
| | 03/16/2016 | 6 | 250.00 | 0.25 | 62.50 | Prepare, file, and serve Suggestion of Bankruptcy - Wells Fargo Bank v Clark, Scott - 2 pages |
| | 03/17/2016 | 6 | 250.00 | 0.10 | 25.00 | Email to debtor re: petition |
| | 03/29/2016 | 6 | 250.00 | 0.10 | 25.00 | Received, reviewed and responded to email re: Credit Card accounts |
| | 03/29/2016 | 6 | 250.00 | 0.50 | 125.00 | Review file. Prepare, file, and serve chapter 13 plan 3 pages X 2 copies |
| | 03/30/2016 | 6 | 250.00 | 0.10 | 25.00 | Calendar bar date for plan |
| | 03/30/2016 | 7 | 75.00 | 0.10 | 7.50 | Letter to client re: Chapter 13 Plan - 4 pages |
| | 04/12/2016 | 7 | 75.00 | 0.10 | 7.50 | Email to Chapter 13 Trustee re: additional taxes 2015, 2014, 2013 |
| | 04/20/2016 | 6 | 250.00 | 0.10 | 25.00 | Email to debtor in response via phone message and attempted to leave message |
| | 04/21/2016 | 6 | 250.00 | 0.30 | 75.00 | Prepare for and attend Sec. 341 meeting.  Confer w/ client and represent client during 341 meeting. |
| | 05/05/2016 | 6 | 250.00 | 0.10 | 25.00 | Email to debtor: Follow up with debtor re: Trustee's request concerning 2015 taxes |
| | 05/06/2016 | 6 | 250.00 | 0.10 | 25.00 | Request to debtor resend 2015 taxes per Trustee's request |
| | 05/11/2016 | 6 | 250.00 | 0.10 | 25.00 | Send complete 2015 taxes to Trustee |
| | 05/18/2016 | 6 | 250.00 | 0.10 | 25.00 | Received Notice from Court concerning plan |
| | 05/18/2016 | 6 | 250.00 | 0.10 | 25.00 | Received Order Confirming Plan |
| | 06/02/2016 | 6 | 250.00 | 0.10 | 25.00 | Follow up with Trustee re: 2015 State Taxes |
| | 06/03/2016 | 6 | 250.00 | 0.10 | 25.00 | Received notice of Interim Trustee |
| | 06/15/2016 | 6 | 250.00 | 0.20 | 50.00 | Received, reviewed and responded to email from Debtor re:  Mortgage Payments in a Chapter 13 |
| | 06/22/2016 | 6 | 250.00 | 0.10 | 25.00 | Received and reviewed Motion for Relief from Stay - Mortgage |
| | 06/22/2016 | 6 | 250.00 | 0.10 | 25.00 | Calendar bar date for Objection for the Motion for relief from stay |
| | 06/22/2016 | 6 | 250.00 | 0.20 | 50.00 | Email to debtor re: motion for relief from stay. follow up of mortgage payments for April, May and June |
| | 06/29/2016 | 6 | 250.00 | 0.20 | 50.00 | Review file. Prepare, file, and serve objection to motion for relief from Stay - Ditech |
| | 06/29/2016 | 6 | 250.00 | 0.20 | 50.00 | Received and reviewed email from debtor re: mortgage lender will not respond to my calls. |
| | 06/30/2016 | 6 | 250.00 | 0.10 | 25.00 | Calendar hearing on motion for relief |
| | 06/30/2016 | 6 | 250.00 | 0.10 | 25.00 | Received email from debtor- still trying to get answers from Mortgage Lender |
| | 07/05/2016 | 6 | 250.00 | 0.10 | 25.00 | Email to debtor on status on motion for relief from stay. Will update debtor on address for payments. |
| | 07/06/2016 | 6 | 250.00 | 0.10 | 25.00 | Email to debtor re: mortgage payments and stipulation payments |
| | 07/06/2016 | 6 | 250.00 | 0.10 | 25.00 | Email to Mark Walz re: Ditech Stipulation and payments |
| | 07/11/2016 | 7 | 75.00 | 1.25 | 93.75 | Prepare Application for Compensation |
| | 07/11/2016 | 6 | 250.00 | 0.25 | 62.50 | Review Application for Compensation. File and serve. |
| **Total for Client ID 20160053.00** | | | Billable | 11.35 | 2,716.25 | Clark/Scott D. |
| | | | | | | BK-13 - Individual - IA |

| | | | **GRAND TOTALS** | | |
|---|---|---|---|---|---|
| | | Billable | 11.35 | 2,716.25 | |

Clark, Scott - 16-00490
Iowa  Department  of  Revenue
P.O.  Box  10465
Des Moines, IA 50306-0465

.

Ditech  Financial  Llc
Po  Box  6172
Rapid City, SD 57709