IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA
COUNCIL BLUFFS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 16-00490 lmj13 |
| | ) | |
| Scott David Clark, | ) | |
| | ) | WITHDRAWAL OF |
| | ) | MOTION FOR RELIEF |
| Debtor. | ) | FROM AUTOMATIC STAY |

COMES NOW Wells Fargo Bank, N.A., as Trustee for Lake Country Mortgage Loan Trust 2006-HE1, by Ditech Financial LLC, as Servicer with delegated authority for the Trustee, its successors or assigns ("Wells Fargo Bank, N.A."), by and through its attorneys, Davis, Brown, Koehn, Shors & Roberts, P.C., and by reason of the cure of the arrears stated in its Motion for Relief from Stay does hereby withdraw the Motion, without prejudice to re-filing in the event of future defaults.

Dated: July 20, 2016.


Respectfully submitted,

    /s/ Mark D. Walz
Mark D. Walz (IS9999605)
Davis, Brown, Koehn, Shors & Roberts, P.C.
4201 Westown Parkway, Suite 300
West Des Moines, Iowa 50265
(515) 246-7898
markwalz@davisbrownlaw.com

ATTORNEY FOR WELLS FARGO BANK, N.A.

#2749721

-2-

Copy to:

United States Trustee's Office
Room 793, Federal Building
210 Walnut Street
Des Moines, Iowa 50309

Carol F. Dunbar
531 Commercial Street, Suite 500
Waterloo, IA 50701

Wesley H. Bain, Jr.
11717 Burt Street, #106
Omaha, NE 68154

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause by depositing the same in the U.S. Mail, postage per-paid, to their respective mailing addresses disclosed on the pleadings or, in the event the party is represented by counsel, to their counsel; or notice of the filing of this instrument was sent by e-mail, via CM/ECF, to all parties on the service list who have registered to receive service by e mail over CM/ECF, on July 20, 2016.

Signature: s/s Mark D. Walz