**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Scott David Clark |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern District of Iowa |
| Case number | 16-00490 |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount it due.** See Bankruptcy Rule 3002.1.

**Name of Creditor**: Ditech Financial LLC

**Last four digits** of any number You use to identify the debtor's account: 5988

**Court Claim no**. (if known): 0

**Date of Payment change:**
Must be at least 21 days after date  05/01/2017
Of this notice

**New total payment**   $ 1,297.89
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

[X] No

[ ] Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

**Current escrow payment:** $ _____     **New escrow payment:** $ _____

### Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

[ ] No

[X] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:  Rate Change

**Current interest rate:** 9.74000 %       **New interest rate**: 9.74000 %
**Current principal and interest payment:** $ 1,298.44      **New principal and interest payment:** $ 1,297.89

### Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

[X] No

[ ] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

**Current mortgage payment:** $ _____     **New mortgage payment:** $ _____

| Debtor 1 | Scott David Clark | Case number (if known) 16-00490 |
|---|---|---|

## Part 4: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/ ELLEN POTE   Date   03/29/2017
  Signature

| Print | ELLEN POTE | Title | Bankruptcy Representative |
| Company | Ditech Financial LLC | | |
| Address | P.O. Box 6154 | | |
| | Rapid City, SD 57709-6154 | | |
| Contact phone | 888-298-7785 | Email | poc.team@ditech.com |

## CERTIFICATE OF SERVICE

I hereby certify that on 29th day of March, 2017, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre-paid:

**Scott David Clark**
34507 Elmtree Road
Carson, IA 51525


Via filing with the US Bankruptcy Court's CM ECF system to the following:

**Wesley H Bain, Jr**
11717 Burt Street, #106
Omaha, NE 68154

**Carol F. Dunbar**
531 Commercial St, Ste 500
Waterloo, IA 50701

This is the 29th day of March, 2017

/s/ Ellen Pote

Ellen Pote
Bankruptcy Clerk
Ditech Financial LLC
PO Box 6154
Rapid City, SD 57709

**ditech**®
a Walter company

Ditech Financial LLC
PO Box 6172
Rapid City, SD 57709-6172
Phone: 1-800-643-0202
Fax: 866-870-9919
www.ditech.com

WESLEY H BAIN
11717 BURT ST STE 106
OMAHA, NE 68154-1500

3/01/2017

Re: Ditech Financial LLC ("Ditech")
Borrower Name:       SCOTT D CLARK
Account Number:
Property Address:    34507 ELMTREE RD
                     CARSON, IA 51525

**THIS INFORMATIONAL NOTICE IS NOT AN ATTEMPT TO COLLECT A DEBT. IF YOUR CLIENT IS CURRENTLY IN BANKRUPTCY OR THIS DEBT WAS DISCHARGED IN A BANKRUPTCY, THE SERVICER IS NOT ATTEMPTING TO COLLECT OR RECOVER THE DEBT AS THEIR PERSONAL LIABILITY.**

Dear WESLEY H BAIN:

### Changes to the Mortgage Interest Rate and Payments on 5/01/2017

Under the terms of your client's Adjustable-Rate Mortgage (ARM), they had a six month period during which their interest rate stayed the same. That period ends on 4/01/2017, so on that date your client's interest rate and payment change. After that, your client's interest rate may change semiannually for the rest of their account term. Also, account modification payments or rate changes recently processed may not be reflected in this notice.

|  | **Current** Interest Rate and Monthly Payment | **New** Interest Rate and Monthly Payment |
|---|---|---|
| Interest Rate | 9.74000 % | 9.74000 % |
| **Total Monthly Payment** | $1,298.44 | $1,297.89<br>5/01/2017 |

**Interest Rate:** We calculated your client's interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin." Under your client's security agreement, their index rate is 1.37489 % and their margin is 7.000 %. The six month London interbank offered rate, or "LIBOR" daily rate is published the first business day of the month in the Wall Street Journal website as part of the Money Rates.

**Interest Rate Limits:** Your client's interest rate cannot go higher than 15.74000 % over the life of the account. Your client's interest rate can change semiannually by no more than 1.000 %.

**New Interest Rate and Monthly Payment:** The table above shows your client's new interest rate and new monthly payment. These amounts are based on the six month London interbank offered rate, or "LIBOR" daily rate as of now, your client's margin, their account balance of $107,499.39 [1], and their remaining account term of 138 months.

**Prepayment Penalty:** Your client's account does not have a prepayment penalty.

Sincerely,

Ditech Financial LLC ("Ditech")
1-800-643-0202
M-F 7:00 a.m. - 8:00 p.m. (CST), Saturday 7:00 a.m. - 1:00 p.m. (CST)

---

[1] This may not represent the contractual principal balance as a result of account adjustments made due to your client's bankruptcy.
ARM Rate & Payment Change - Active BK, 02/12/2015                                                              LTR-101(ABK)

# Delaware

PAGE 1

### The First State

*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF MERGER, WHICH MERGES:*

*"DITECH MORTGAGE CORP", A CALIFORNIA CORPORATION,*

*"DT HOLDINGS LLC", A DELAWARE LIMITED LIABILITY COMPANY,*

*WITH AND INTO "GREEN TREE SERVICING LLC" UNDER THE NAME OF "GREEN TREE SERVICING LLC", A LIMITED LIABILITY COMPANY ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE, AS RECEIVED AND FILED IN THIS OFFICE THE THIRTEENTH DAY OF AUGUST, A.D. 2015, AT 1:35 O'CLOCK P.M.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF MERGER IS THE THIRTY-FIRST DAY OF AUGUST, A.D. 2015, AT 12:05 O'CLOCK A.M.*

2458190    8100M

151168309

Jeffrey W. Bullock, Secretary of State
AUTHENTICATION: 2641973

DATE: 08-13-15

You may verify this certificate online
at corp.delaware.gov/authver.shtml

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 01:35 PM 08/13/2015*
*FILED 01:35 PM 08/13/2015*
*SRV 151168309 - 2458190 FILE*

# STATE OF DELAWARE
# CERTIFICATE OF MERGER

Pursuant to Title 6, Section 18-209 of the Delaware Limited Liability Company Act, the undersigned hereby executes the following Certificate of Merger:

**FIRST**: The surviving limited liability company is **Green Tree Servicing LLC**, a Delaware limited liability company, and the corporation and limited liability company being merged into this surviving limited liability company are:

> **DT Holdings LLC**, a Delaware limited liability company, and
> **Ditech Mortgage Corp**, a California corporation.

**SECOND:** The Agreement and Plan of Merger has been approved, adopted, certified, executed and acknowledged by each of the constituent corporations and limited liability companies pursuant to Title 6, Section 18-209 of the Delaware Limited Liability Company Act.

**THIRD:** The name of the surviving limited liability company is hereby amended to **Ditech Financial LLC**, a Delaware limited liability company (as such surviving entity, the "Surviving Limited Liability Company").

**FOURTH:** The mergers are to become effective as of 12:05 AM EDT on August 31, 2015.

**FIFTH:** The Agreement and Plan of Merger is on file at 3000 Bayport Drive, Suite 880, Tampa, FL 33607, the principal place of business of the Surviving Limited Liability Company.

**SIXTH:** A copy of the Agreement and Plan of Merger will be furnished by the Surviving Limited Liability Company on request, without cost, to any stockholder or member of the constituent corporations or limited liability companies, as applicable.

[The remainder of page intentionally left blank.]

IN WITNESS WHEREOF, said Surviving Limited Liability Company has caused this certificate to be signed by an authorized officer, the 4th day of August, 2015.

**GREEN TREE SERVICING LLC**

By: *(signature)*
Name: Wanda Lamb-Lindow
Title: Assistant Secretary

*[Certificate of Merger]*